# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:18-cv-03739-PSG-E |
| Title: | Crystal Holmes v. Rosalina Harris et al |

Date: July 2, 2019

Present: The Honorable   Philip S. Gutierrez , U.S. District Judge

| Patricia Gomez | Marea Woolrich |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Scott Menger | Andrew Pongracz |
| Caleb Mason | |

**Day Court Trial**   5th        **Day Jury Trial**

_____ One day trial: _____ Begun (1ˢᵗ day); _____ Held & Continued; __X__ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by   Plaintiff and defendant

_____ Witnesses called, sworn and testified. _____ Exhibits identified. _____ Exhibits admitted.

_____ Plaintiff(s) rest. _____ Defendant(s) rest.

__X__ Closing arguments made by __X__ plaintiff(s) __X__ defendant(s). __X__ Court instructs jury.

__X__ Bailiff(s) sworn. __X__ Jury retires to deliberate. _____ Jury resumes deliberations.

__X__ Jury Verdict in favor of __X__ plaintiff(s) _____ defendant(s) is read and filed.

__X__ Jury polled. _____ Polling waived.

__X__ Filed Witness & Exhibit Lists __X__ Filed jury notes. __X__ Filed jury instructions.

_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).

_____ Case submitted. _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

__X__ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

__X__ Other:   Jury note #1, #2, and #3 received. Response #1 and #2 by the Court issued.

Plaintiff's counsel to file a proposed judgment consistent with the verdict.

3   :   30

Initials of Deputy Clerk   PG