REDACTED



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRYSTAL HOLMES,

    Plaintiff,

v.

ROSALINA HARRIS,

    Defendant.

Case No.: 2:18-CV-3739-PSG (Ex)

**SPECIAL VERDICT FORM**

We, the jury in the above-entitled case, find on this special verdict form as follows:

Question 1. Did Defendant Rosalina Harris violate Plaintiff Crystal Holmes' Fourth Amendment right, guaranteed by the United States Constitution, to be free from unreasonable arrest without probable cause?

__✓__   Yes

_____   No

If you answered "Yes," then continue to Questions 2 and 3. If you answered "No," stop here, and have the foreperson sign and date this form.

Question 2. What are Plaintiff's damages?

$ __765,952__

Next, answer Question 3.

Question 3. Did Defendant Rosalina Harris act with malice, oppression, or reckless disregard of Plaintiff's constitutional rights?

__✓__   Yes

_____   No

If you answered "Yes," then continue to Question 4 on the next page. If you answered "No," stop here, and have the foreperson sign and date this form.

Question 4. We impose punitive damages against Defendant Rosalina Harris in the following amount:

$ __1.5 million__

Signed _____  Dated: __7/2/19__
    Jury Foreperson

3