

E-FILED

JUL 1 1 2019

Document # _____

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CRYSTAL HOLMES,

      Plaintiff,

      v.

ROSALINA HARRIS,

      Defendant.

Case No.: 2:18-CV-3739-PSG (Ex)

**JOINT REVISED PROPOSED JUDGMENT AFTER JURY VERDICT**

[PROPOSED] JUDGMENT AFTER JURY VERDICT

1    The parties jointly submit their Revised Proposed Judgment, as follows.

2

3    DATED:  July 9, 2019                    Respectfully submitted,

4                                            BROWN WHITE & OSBORN LLP

5                                            By   /s/ Caleb E. Mason

6                                                 CALEB E. MASON

7                                                 SCOTT L. MENGER
                                                  Attorneys for Plaintiff

8                                                 CRYSTAL HOLMES

9    DATED:  July 9, 2019                    SEKI, NISHIMURA & WATASE, LLP

10

11                                           By   /s/ Parisa Saleki

12                                                ANDREW C. PONGRACZ
                                                  PARISA SALEKI

13                                                *Attorneys for Defendant Rosalina Harris*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

1    On July 2, 2019, at the conclusion of trial on a claim for relief by Plaintiff

2  Crystal Holmes against Defendant Rosalina Harris under 42 U.S.C. § 1983, in

3  Courtroom 6A in the matter captioned above, a duly impaneled and sworn jury

4  rendered the verdict set forth in the Special Verdict Form appended hereto as **Exhibit**

5  **A**.  The verdict, having been published to the jury and to the parties and their counsel,

6  the Court having accepted and filed the verdict, and the Court having polled the jury,

7  and the jury having confirmed that this was their verdict, the Court hereby enters

8  judgment on the Complaint in accordance with the verdict.

9    Judgment is entered in favor of Plaintiff Crystal Holmes against Defendant

10  Rosalina Harris, as follows:

11

12    Damages:                    $765,952.00

13    Punitive Damages:        $1,500,000.00

14    Total:                       $2,265,952.00

15

16    Plaintiff Crystal Holmes is the prevailing party, as against Defendant Rosalina

17  Harris.[1]  Costs of suit are to be awarded to Plaintiff Crystal Holmes pursuant to a duly

18  filed Memorandum of Costs.  Any claim for attorneys' fees shall be made by post-trial

19  motion filed in accordance with applicable law.

20

21    **IT IS SO ORDERED.**

22

23  DATED:  _7/11/19_        By:_____

24                              HON. PHILIP S. GUTIERREZ

25                              U.S. District Court Judge

26

27  [1] The Court previously granted summary judgment in favor of Defendants Dean
    Harris and Arlani Harris on claims under 42 U.S.C. § 1983 and for malicious
28  prosecution, and in favor of Rosalina Harris on the claim for malicious prosecution.
    ECF Doc. 82 (May 15, 2019).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

REDACTED

FILED
CLERK, U.S. DISTRICT COURT

JUL - 2 2019

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CRYSTAL HOLMES,

               Plaintiff,

     v.

ROSALINA HARRIS,

          Defendant.

Case No.: 2:18-CV-3739-PSG (Ex)

**SPECIAL VERDICT FORM**

We, the jury in the above-entitled case, find on this special verdict form as follows:

Question 1.  Did Defendant Rosalina Harris violate Plaintiff Crystal Holmes' Fourth Amendment right, guaranteed by the United States Constitution, to be free from unreasonable arrest without probable cause?

✓      Yes

_____     No

    If you answered "Yes," then continue to Questions 2 and 3.  If you answered "No," stop here, and have the foreperson sign and date this form.

Question 2.  What are Plaintiff's damages?

$ _765, 952_

    <u>Next, answer Question 3.</u>

Question 3.  Did Defendant Rosalina Harris act with malice, oppression, or reckless disregard of Plaintiff's constitutional rights?

✓      Yes

_____     No

If you answered "Yes," then continue to Question 4 on the next page.  If you answered "No," stop here, and have the foreperson sign and date this form.

2

Question 4.  We impose punitive damages against Defendant Rosalina Harris in the following amount:

$ ___1.5 million___

Signed _____   Dated: __7/2/19__
            Jury Foreperson

3